CHARLES BIERMAN, RELATOR, v. JAMES M. SEYMOUR ET AL. AND PATRICK CODY, TRUSTEE.

On rule to show cause why *mandamus* should not issue to the mayor of the city of Newark, &c.

Before Justices VAN SYCKEL and FORT.

For the rule, *James R. Nugent.*

*Contra, Herbert Boggs.*

PER CURIAM.

This case is determined upon the same grounds as that stated in the opinion of this court filed in Bierman *v.* Seymour and Shanley, at this present term, and the writ will issue in this case upon the same grounds stated in that.